Decided September 29, 1998

## LISA PRICE-CROWLEY *v.* MICHAEL KOZLOWSKI, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 481 (AC 17258), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Jeffrey D. Brownstein,* in support of the petition.

*Priscilla J. Greene,* assistant attorney general, in opposition.

Decided October 8, 1998